HOGAN LOVELLS US LLP
Stacy Hovan (Bar No. 271485)
4085 Campbell Avenue, Suite 100
Menlo Park, California  94025
Telephone:      (650) 463-4000
Facsimile:      (650) 463-4199
stacy.hovan@hoganlovells.com

William M. Regan (*Pro Hac Vice*)
Nicole E. Schiavo (*Pro Hac Vice*)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918.3000
Facsimile: (212) 918.3100
william.regan@hoganlovells.com
nicole.schiavo@hoganlovells.com

Attorneys for Defendant
SHI LEI

*[Additional counsel listed on signature page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JASON CHEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHI LEI, an individual, and DOES 1-25, inclusive,<br><br>Defendant. | Case No.  4:18-cv-1183-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF DEADLINES PENDING DECISION ON MOTION TO COMPEL OR DISMISS**<br><br>THE HONORABLE JEFFREY S. WHITE |

1

## <u>STIPULATION</u>

2

3   1.   WHEREAS on February 23, 2018 the court issued an Initial Case Management

4        Scheduling Order with ADR Deadlines (the "ADR Order"). Dkt. No.7.

5   2.   WHEREAS on February 28, 2018 the court issued an Order Setting Case Management

6        Conference and Requiring Joint Case Management Conference Statement (the "Case

7        Management Order"). Dkt. No. 11.

8

9   3.   WHEREAS on April 9, 2019 Defendant Lei Shi filed a Motion to Compel Arbitration or,

10       in the Alternative, to Dismiss the Complaint (the "Motion"). Dkt. No. 18.

11  4.   WHEREAS the Motion is fully briefed and scheduled for argument on June 1, 2018.

12

13  5.   WHEREAS the ADR Order and Case Management Order impose several filing deadlines

14       and a conference to occur before the return date of the Motion, which filings and

15       conference will be mooted by an order granting the Motion.

16  6.   WHEREAS to preserve judicial resources.

17

18       IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, subject to Court

19  approval, to vacate the deadlines and case management conference ordered pursuant to the ADR

20  Order and Case Management Order to be reset following the Court's ruling on the pending

21  Motion.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Hogan Lovells US LLP
Attorneys At Law
Menlo Park

- 2 -

JOINT STIPULATION AND [PROPOSED]
ORDER RE STAY OF DEADLINES,
NO. 4:18-CV-1183-JSW

1  / / /

2                                          Respectfully submitted,

3  Dated: May 7, 2018                      HOGAN LOVELLS US LLP

4

5                                          By: */s/ Nicole E. Schiavo* _____

6                                          WILLIAM M. REGAN (*Pro Hac Vice*)
                                           NICOLE E. SCHIAVO (*Pro Hac Vice*)
7                                          875 Third Avenue
                                           New York NY 10022
8                                          Tel: (212) 918-3000
                                           Fax: (212) 918-3100
9                                          william.regan@hoganlovells.com
                                           nicole.schiavo@hovanlovells.com

10                                         *Attorneys for Defendant Shi Lei*

11  Dated: May 7, 2018                     BOWLES & VERNA LLP

12                                         By: */s/ Cathleen Huang* _____

13                                         MICHAEL PATRICK VERNA
                                           CATHLEEN SHU-CHIA HUANG
14                                         RICHARD A. ERGO
                                           2121 N. California Boulevard
15                                         Suite 875
                                           Walnut Creek, CA 94596
16                                         Tel: (925) 935-3300
                                           Fax:  (925) 935-0371
17                                         mverna@bowlesverna.com
                                           chuang@bowlesverna.com
18                                         rergo@bowlesverna.com

19                                         *Attorneys for Plaintiff Jason Chen*

20

21

22

23

24

25

26

27

28

Hogan Lovells US
LLP
Attorneys At Law
Menlo Park

JOINT STIPULATION AND [PROPOSED]
ORDER RE STAY OF DEADLINES,
NO. 4:18-CV-1183-JSW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties and good cause appearing, the stipulation is hereby granted in this matter as follows:  The filing deadlines and the case management conference scheduled pursuant to the Initial Case Management Scheduling Order with ADR Deadlines (Dkt. No.7) and Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement (Dkt. No. 11) are hereby vacated and will be reset following the Court's ruling on the pending Motion to Compel Arbitration or, in the Alternative, to Dismiss the Complaint (Dkt. No. 18).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____       By:  _____

THE HONORABLE JEFFREY S. WHITE
United States District Judge

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
MENLO PARK

- 4 -

JOINT STIPULATION AND [PROPOSED]
ORDER RE STAY OF DEADLINES,
NO. 4:18-CV-1183-JSW