UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CHEN,<br><br>        Plaintiff,<br><br>    v.<br><br>SHI LEI,<br><br>        Defendant. | Case No. 18-cv-01183-JSW<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On May 24, 2018, this Court granted Defendant's motion to arbitrate the claims and stayed the matter. On July 20, 2023, the Court ordered the parties to submit a joint status statement by no later than August 4, 2023. On August 7, 2023, the parties late-filed their joint status statement indicating that the parties had completed arbitration and that the award was converted to a judgment, which has been partially satisfied.

The Court HEREBY ORDERS Plaintiff to show cause, in writing, on or before August 18, 2023, why this case should not be dismissed. The Court advises Plaintiff that a failure to timely respond to this order will result in a dismissal of the case with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: August 8, 2023

_____
JEFFREY S. WHITE
United States District Judge