MICHAEL P. VERNA (#84070)
RICHARD A. ERGO (#110487)
CATHLEEN S. HUANG (#219554)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: mverna@bowlesverna.com
rergo@bowlesverna.com
chuang@bowlesverna.com

Attorneys for Plaintiff
JASON CHEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| JASON CHEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHI LEI, an individual, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 4:18-cv-1183-JSW<br><br>**JOINT STATUS UPDATE**<br>AND ORDER OF DISMISSAL |

The parties have completed arbitration of this matter. An award was entered in favor of Plaintiff and two other parties. The award was converted into a judgment in an amount totaling $1,980,358.04, plus interest which has been partially satisfied.

Dated: August 7, 2023                          BOWLES & VERNA LLP

                                               By: */s/ Richard A. Ergo*
                                                   Richard A. Ergo
                                                   Attorneys for Plaintiff
                                                   JASON CHEN

Dated: August 7, 2023                          HOGAN LOVELLS US LLP

                                               By: */s/William Regan*
                                                   William Regan
                                                   Attorneys for Defendant
                                                   SHI LEI

Accordingly, this case is DISMISSED without prejudice.

                                               *Jeffrey S. White*
                                               JEFFREY S. WHITE
Dated: August 14, 2023                         UNITED STATES DISTRICT COURT